UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

AMBER LOOMIS,

    Plaintiff,

v.

Case Number 11-15196
Honorable Thomas L. Ludington

PORTFOLIO RECOVERY ASSOCIATES, LLC,

    Defendant.

_____ /

**ORDER STRIKING DEFENDANT'S OFFER OF JUDGMENT**

On May 1, 2012, Defendant filed an offer of judgment on the Court's public docket. ECF No. 9. Federal Rule of Civil Procedure 68 provides that a party defending against a claim may serve on an opposing party an offer to allow judgment on specified terms at least fourteen days before trial, but it is not to be filed with the Court unless it has been accepted. Fed. R. Civ. P. 68(a). The unaccepted offer of judgment will be stricken.

Accordingly, it is **ORDERED** that the offer of judgment filed by Defendant (ECF No. 9) is **STRICKEN**. The clerk is directed to remove the image from the docket.

                                        s/Thomas L. Ludington
                                        THOMAS L. LUDINGTON
                                        United States District Judge

Dated: May 4, 2012

| PROOF OF SERVICE |
|---|
| The undersigned certifies that a copy of the foregoing order was served upon each attorney or party of record herein by electronic means or first class U.S. mail on May 4, 2012.<br>                      s/Tracy A. Jacobs<br>                      TRACY A. JACOBS |